UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

JOHN DOE,
Individually and on behalf of others similarly situated

    Plaintiff

 -vs-                                       Case No. 2:16-CV-11373
                                                 Hon. Sean F. Cox
                                                 Magistrate Judge: R. Steven Whalen

FIRST ADVANTAGE LNS SCREENING SOLUTIONS, INC.,

    Defendant

## STIPULATED ORDER OF DISMISSAL

Having been advised by the stipulation of the parties below, it is ordered that the individual claims by John Doe against FIRST ADVANTAGE LNS SCREENING SOLUTIONS, INC., are dismissed with prejudice and without costs, attorney fees or sanctions to any party.

    **So ordered**.

Dated:  April 14, 2017                                s/Sean F. Cox
                                                        Sean F. Cox
                                                        U. S. District Judge

Stipulated To By:

| | |
|---|---|
| s/ Ian B. Lynglip | s/ by Consent Gary Fealk |
| Ian B. Lynglip (P47173) | Gary Fealk (P-53819) |
| LYNGKLIP & ASSOCIATES | The Murray Law Group, P.C. |
| CONSUMER LAW CENTER, PLC | Attorney for First Advantage LNS Screening |
| Attorney For John Doe | Solutions, Inc. |
| 24500 Northwestern Highway, Ste. 206 | 31780 Telegraph Road, Ste. 200 |
| Southfield, MI 48075 | Bingham Farms, MI 48025 |
| PH: (248) 208-8864 | PH: (248) 540-8019  FAX (248) 540-8059 |
| Ian@MichiganConsumerLaw.Com | gfealk@murraylawgroup.com |